UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1,

                Plaintiff,

    v.

TAL ALEXANDER,

                Defendant.

No. 25-CV-2108 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Complaint in this case was filed in state court under a pseudonym with leave of that court. *See* ECF No. 1-1 at 18. Now that Defendant has removed the action to this Court, it is governed by federal procedural rules, *see Smith v. Bayer Corp.*, 564 U.S. 299, 304 n.2 (2011), which require that "[t]he title of the complaint must name all the parties," Fed. R. Civ. P. 10(a). Accordingly, Plaintiffs may not proceed pseudonymously unless they first seek and receive permission to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). If Plaintiff does not file such a motion by March 28, 2025, the Court will dismiss the Complaint.

SO ORDERED.

Dated:      March 17, 2025
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge