UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1,

                    Plaintiff,

          v.

TAL ALEXANDER,

                    Defendant.

No. 25-CV-2108 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

On the consent of the parties, this action is hereby stayed pending the Second Circuit's decision in *Parker v. Tal Alexander et al.*, No. 25-487. The parties shall provide a joint status update to the Court within one week of the Second Circuit's decision, which shall address whether Defendant seeks to stay this action pending the resolution of the criminal case.

In light of the stay, Plaintiff need not file an amended complaint with her true name by May 5, 2025, as previously directed. However, she should be prepared to do so following the Second Circuit's decision if she intends to proceed with this case.

The conference previously scheduled for May 2, 2025 is adjourned *sine die.*

SO ORDERED.

Dated:          April 30, 2025
                New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge